---

David Bronstein, defendant in error, v. M. Philip Ginzburg, plaintiff in error. Gen. No. 25,929.

Action on the case for libel. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed May 3, 1921.

James J. Glassner, for plaintiff in error. Roderick N. Wyckoff and Robert Branand, Jr., for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

Joseph Guggenheim and Mendel Rifkin, trading as Guggenheim & Company, appellees, v. W. T. Gaines, appellant. Gen. No. 25,939.

Suit for value of merchandise sold and delivered. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Ellis & Westbrooks, for appellant; Harris B. Gaines and Richard E. Westbrooks, of counsel. F. G. Offenlock, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Rudolph J. Gluecklich, appellee, v. George Hangiaras et al. George Hangiaras, appellant. Gen. No. 25,948.

Suit to foreclose a trust deed. Decree of foreclosure and dismissal of defendant's cross-bill for want of equity. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

McInerney & Power, for appellant. Levinson & Hoffman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Justine M. Shankland, appellant, v. Ralph M. Shankland, appellee. Gen. No. 25,905.

Suit in assumpsit upon a written contract made between divorced persons. Contract held void as against public policy. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed May 3, 1921.

Hoyne, O'Connor & Irwin, for appellant. Jasper F. Rommel, for appellee.

Mr. Justice Matchett delivered the opinion of the court.